UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-21371-JLK

VARCAMP PROPERTIES, LLC, and )
JV HOLDINGS 1400, LLC, )
    Plaintiffs, )
     )
v. )
     )
CITY OF MIAMI BEACH, )
    Defendant. )
_____/

## ORDER ADOPTING MAGISTRATE JUDGE DAMIAN'S REPORT AND RECOMMENDATION [ECF No. 16] AND DENYING THE CITY'S MOTION TO DISMISS [ECF No. 6]

THIS MATTER is before the Court on the Defendant, CITY OF MIAMI BEACH'S (the "City's") Motion to Dismiss Based on Statutes of Limitations and/or Sovereign Immunity (the "Motion") [ECF No. 6], referred to Magistrate Judge Damian on June 24, 2022 [ECF No. 11]. Magistrate Judge Damian filed a Report and Recommendation (the "R&R") [ECF No. 16] on December 22, 2022. The City filed Objections to the R&R on January 19, 2023 [ECF No. 19], and the Plaintiffs, VARCAMP PROPERTIES, LLC, and JV HOLDINGS 1400, LLC's (the "Plaintiffs'") Responded to the City's Objections to the R&R on February 16, 2023 [ECF No. 22]. The City Replied in Support of its Objections to the R&R on Motion to Dismiss Based on Statutes of Limitations and/or Sovereign Immunity on March 3, 2023 [ECF No. 25].

The undersigned has made a *de novo* review of the Motion, the R&R, the parties' respective memoranda, pertinent portions of the record, and all relevant authorities, as well as the parties' oral arguments at an in-person hearing held on April 11, 2023, and is otherwise fully advised of the premises.

CASE NO. 1:22-cv-21371-JLK

Accordingly, it is **ORDERED, ADJUDGED, AND DECREED** that the R&R is **AFFIRMED AND ADOPTED**, and the Motion is **DENIED** for the reasons stated on the record at the April 11, 2023 hearing. It is further **ADJUDGED** that:

1. Determination of the issues raised in the Motion with respect to the Statutes of Limitations and Sovereign Immunity will be reserved until such time that these matters may be appropriately reconsidered by the Court following discovery by the parties.
2. The City shall have 30 days to file its Answer to the Amended Complaint.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 3rd day of May 2023.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**CC: Magistrate Judge Melissa Damian**
    **All Counsel of Record**